UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 4:93-cr-229 |
| | ) | |
| GEORGE P. THOMAS, JR. | ) | |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, with prejudice, the information as to George P. Thomas, Jr. is **GRANTED**. The Information is hereby dismissed with prejudice.

So ordered, this 16th day of March 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA